UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN MURPHY, Administrator of the Estate of LAWRENCE MARTIN PAYNE, BARBARA GOREN and MICHAEL PAYNE, : : : : DARRELL W. DARLING and KAREN A. DARLING, Individually and as Co-Personal Representatives of the Estate of ADAM NOEL DARLING, deceased, : : : : : KEVIN MURPHY, Administrator of the Estate of GAIL E. DOBERT, : : : Plaintiffs, : : v. : : UNITED STATES OF AMERICA, DEPARTMENT OF THE AIR FORCE and COLONEL CHARLES H. WILCOX II, : : : : Defendants. : | Civil No. 3:03CV500 (MRK)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>October 28, 2003 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Defendants, United States of America, Department of the Air Force, et al., hereby respectfully request a second extension of time to file a reply brief in further support of its motion to dismiss the complaint in the above-captioned action. Defendants' reply brief is currently due on October 29, 2003. Defendants seek an extension of seven (7) days, or until November 5, 2003. This brief extension is sought because undersigned counsel needs additional time is needed to finalize the Defendants' reply brief, and to consult with counsel from the Air Force and the Department of Justice regarding the issues of first impression raised in this case.

- 2 -

This is the second motion to extend this deadline. Counsel for the Plaintiffs has no objection to the extension of time sought.

                                         Respectfully submitted,

                                         KEVIN J. O'CONNOR
                                         UNITED STATES ATTORNEY

                                         LAUREN M. NASH
                                         ASSISTANT U.S. ATTORNEY
                                         FED. BAR # ct01705
                                         P.O. BOX 1824
                                         NEW HAVEN, CT  06508
                                         (203) 821-3700

- 3 -

## CERTIFICATION

This is to certify that a copy of the within and foregoing Unopposed Motion for Extension of Time to File Reply Brief was mailed, postage prepaid, this 28th day of October, 2003, to:

Richard A. Bieder, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Justin T. Green, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
FED. BAR # ct01705
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700