UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

KEVIN MURPHY, Administrator of the          :
Estate of LAWRENCE MARTIN PAYNE,            :
BARBARA GOREN and MICHAEL PAYNE,            :
                                            :
DARRELL W. DARLING and KAREN A.             :
DARLING, Individually and as Co-Personal    :          Civil No. 3:03CV500 (MRK)
Representatives of the Estate of ADAM NOEL  :
DARLING, deceased,                          :
                                            :
KEVIN MURPHY, Administrator of the Estate   :
of GAIL E. DOBERT,                          :
                                            :
        Plaintiffs,                         :
                                            :
    v.                                      :
                                            :
UNITED STATES OF AMERICA,                   :
DEPARTMENT OF THE AIR FORCE and             :
COLONEL CHARLES H. WILCOX II,               :
                                            :
        Defendants.                         :          October 28, 2003

THIRD AND FINAL MOTION
FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut,

the Defendants, United States of America, Department of the Air Force, et al.,  hereby

respectfully request a third extension of time to file a reply brief in further support of its motion

to dismiss the complaint in the above-captioned action.  Defendants' reply brief is currently due

on November 5, 2003.  Defendants seek an extension of two (2) days, or until November 7, 2003.

This two-day extension is sought because although the brief is substantially completed,

undersigned counsel needs the additional time to finalize the brief.  When undersigned counsel

filed the last motion for extension, counsel anticipated that the brief could be filed today, but

- 2 -

thereafter was unexpectedly ordered to select a jury in a Title VII case before Judge Dorsey on

November 4, 2003.  In preparing for jury selection and selecting the jury, counsel did not have

adequate time to complete the submission in this case.

This is the third motion to extend this deadline and the last anticipated by undersigned

counsel.  Counsel for the Plaintiffs could not be reached to ascertain his position with regard to

the two-day extension of time sought.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
FED. BAR # ct01705
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700

- 3 -

CERTIFICATION

This is to certify that a copy of the within and foregoing Third and Final Motion for

Extension of Time to File Reply Brief was mailed, postage prepaid, this 5th day of November, 2003, to:

Richard A. Bieder, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Justin T. Green, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
FED. BAR # ct01705
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700