UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN MURPHY, Administrator of the Estate of LAWRENCE MARTIN PAYNE, BARBARA GOREN and MICHAEL PAYNE, | : : : : : |
| | No. 3:03CV500(MRK) |
| DARRELL W. DARLING and KAREN A. DARLING, Individually and as Co-Personal Representatives of the Estate of ADAM NOEL DARLING, deceased, | : : : : |
| KEVIN MURPHY, Administrator of the Estate of GAIL E. DOBERT, | : : |
| Plaintiffs, | : |
| v. | : |
| UNITED STATES OF AMERICA, DEPARTMENT OF THE AIR FORCE and COLONEL CHARLES H. WILCOX II, | : : : |
| Defendants. | : |

## ORDER

Defendants United States of America, Department of the Air Force, et al.'s Third and Final Motion For Extension Of Time To File Reply Brief (Doc. # 21), dated October 28, 2003, is hereby GRANTED Absent Objection.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
             U.S.D.J.

Dated at New Haven, Connecticut: November 6, 2003