# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

MURPHY et al

v

USA et al

United States District Court
District of Connecticut
FILED AT    NEW HAVEN

Feb 5, 20 03
Kevin F. Rowe, Clerk
By: Kenneth Ghilardi
Deputy Clerk

CASE NUMBER: 3:03 CV 500 MRK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: the plaintiffs

---

2/5/04
**Date**

CT 25441
**Connecticut Federal Bar Number**

203-336-4421
**Telephone Number**

[Signature]
**Signature**

RUTH WEISSMAN
**Print Clearly or Type Name**

350 FAIRFIELD AVE
**Address**

BRIDGEPORT, CT 06604

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.feb.96