HONORABLE *M. R. Krauitz*

Harrisbrg (January 10, 2002)

TOTAL TIME: _1_ hours _40_ minutes

DEPUTY CLERK _K. Ghilardi_   RPTR/ERO/TAPE _Thea_

DATE _Feb 5, 2004_   START TIME _2:05_   END TIME _3:45_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Murphy, et al_

CIVIL NO. _3:03cv500mRK_

§
§                                    _Ruth D. Weissman_
vs.                              §                           Plaintiffs Counsel
§   ☑ SEE ATTACHED CALENDAR FOR COUNSEL
§                                    _Lauren M. Nash_
_USA, et al_                     §                           Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing   ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing     ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing        ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

### MOTION
### DOCUMENT NO.

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ | # _10_ | Motion _To Dismiss by USA_ | ☐ | ☐ | ☑ |
| ☐ | # ____ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | # ____ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | # ____ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | # ____ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | # ____ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | # ____ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion _____ | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion _____ | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion _____ | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion _____ | ☐ | ☐ | ☐ |

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due

|  | filed | docketed |
|---|---|---|
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |
| _____ | ☐ | ☐ |

_____ Hearing continued until _____ at _____