UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN MURPHY, Administrator of the Estate of LAWRENCE MARTIN PAYNE, BARBARA GOREN and MICHAEL PAYNE, | : : : |
| DARRELL W. DARLING and KAREN A. DARLING, Individually and as Co-Personal Representatives of the Estate of ADAM NOEL DARLING, deceased, | : : Civil No. 3:03CV500 (MRK) : : : |
| KEVIN MURPHY, Administrator of the Estate of GAIL E. DOBERT, | : : : |
| Plaintiffs, | : : |
| v. | : : |
| UNITED STATES OF AMERICA, DEPARTMENT OF THE AIR FORCE and COLONEL CHARLES H. WILCOX II, | : : : : |
| Defendants. | :   February 26, 2004 |

MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFS

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Defendants, United States of America, Department of the Air Force, et al., hereby respectfully request an extension of time for the parties to file their supplemental briefs in the above-captioned action. These briefs are currently due on March 5, 2004. Defendants now seek an extension of three (3) weeks, or until March 26, 2004.

This extension is sought because the parties have not yet received the transcript of the February 5, 2004 hearing during which the Court ordered the parties to make simultaneous supplemental submissions. At the hearing it was anticipated that the transcript would be

- 2 -

completed within two weeks of the hearing, but to date it has not been received.  The transcript is expected in the near future.  The parties need the transcript in order to identify with specificity the numerous issues on which the Court required briefing, as well as those issues which were resolved during the hearing.

    This is the first motion to extend this deadline.  Counsel for the Plaintiffs agrees with the need for the extension of time sought.

                                        Respectfully submitted,

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY


                                        LAUREN M. NASH, ct01705
                                        ASSISTANT U.S. ATTORNEY
                                        UNITED STATES ATTORNEY'S OFFICE
                                        157 CHURCH STREET, P.O. BOX 1824
                                        NEW HAVEN, CT  06510
                                        Telephone: (203) 821-3700
                                        Facsimile:  (203) 773-5373
                                        E-mail: lauren.nash@usdoj.gov

- 3 -

<u>CERTIFICATION</u>

      This is to certify that a copy of the within and foregoing was mailed, postage prepaid, this 26th day of February, 2004, to:

Richard A. Bieder, Esq.
Ruth Daniella Weissman, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Justin T. Green, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

                                                                                                                                  _____

                                                                                                                                  LAUREN M. NASH
                                                                                                                                  ASSISTANT U.S. ATTORNEY