UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN MURPHY, Administrator of the Estate of LAWRENCE MARTIN PAYNE, BARBARA GOREN and MICHAEL PAYNE, | : <br> : <br> : <br> :    No. 3:03CV500 (MRK) |
| DARRELL W. DARLING and KAREN A. DARLING, Individually and as Co-Personal Representatives of the Estate of ADAM NOEL DARLING, deceased, | : <br> : <br> : <br> : |
| KEVIN MURPHY, Administrator of the Estate of GAIL E. DOBERT, | : <br> : |
| Plaintiffs, | : |
| v. | : |
| UNITED STATES OF AMERICA, DEPARTMENT OF THE AIR FORCE and COLONEL CHARLES H. WILCOX II, | : <br> : <br> : |
| Defendants. | : |

## ORDER

The Motion For Extension Of Time To File Supplemental Briefs [doc. #26], dated February 26, 2004 is **GRANTED**. The parties shall file their supplemental briefs on or before **March 26, 2004**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: February 27, 2004.