UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN MURPHY, Administrator of the Estate of LAWRENCE MARTIN PAYNE, BARBARA GOREN and MICHAEL PAYNE, : : : : DARRELL W. DARLING and KAREN A. DARLING, Individually and as Co-Personal Representatives of the Estate of ADAM NOEL DARLING, deceased, : : : : : : KEVIN MURPHY, Administrator of the Estate of GAIL E. DOBERT, : : : Plaintiffs, : : v. : : UNITED STATES OF AMERICA, DEPARTMENT OF THE AIR FORCE and COLONEL CHARLES H. WILCOX II, : : : : Defendants. : | Civil No. 3:03CV500 (MRK)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>March 23, 2004 |

SECOND MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFS

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Defendants, United States of America, Department of the Air Force, et al., hereby respectfully request a second extension of time for the parties to file their supplemental briefs in the above-captioned action. These briefs are currently due on March 26, 2004. Defendants now seek an additional extension until April 23, 2004.

This second extension is sought because the parties have just received the transcript of the February 5, 2004 hearing during which the Court ordered the parties to make simultaneous supplemental submissions. At the hearing it was anticipated that the transcript would be

- 2 -

completed within two weeks of the hearing. The transcript was then expected shortly following the Defendant's initial motion for extension on February 26, 2004. However, the transcript was not received until March 15, 2004. The parties needed the transcript in order to identify with specificity the numerous issues on which the Court required briefing, as well as those issues which were resolved during the hearing. In addition, undersigned counsel is preparing for a Title VII trial before the Honorable Stefan J. Underhill, with jury selection on April 1, 2004 and the trial set for the week of April 5, 2004. Undesigned counsel needs the additional time to fully brief the issues raised at oral argument while also preparing for and participating in this trial.

This is the second motion to extend this deadline. Counsel for the Plaintiffs has no objection to the extension of time sought.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, P.O. BOX 1824
NEW HAVEN, CT  06510
Telephone: (203) 821-3700
Facsimile:  (203) 773-5373
E-mail: lauren.nash@usdoj.gov

- 3 -

<u>CERTIFICATION</u>

This is to certify that a copy of the within and foregoing was mailed, postage prepaid, this 23rd day of March, 2004, to:

Richard A. Bieder, Esq.
Ruth Daniella Weissman, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Justin T. Green, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

                                        LAUREN M. NASH
                                        ASSISTANT U.S. ATTORNEY