UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN MURPHY, Administrator of the Estate of LAWRENCE MARTIN PAYNE, BARBARA GOREN and MICHAEL PAYNE, | :<br>:<br>:<br>: No. 3:03CV500 (MRK) |
| DARRELL W. DARLING and KAREN A. DARLING, Individually and as Co-Personal Representatives of the Estate of ADAM NOEL DARLING, deceased, | :<br>:<br>:<br>: |
| KEVIN MURPHY, Administrator of the Estate of GAIL E. DOBERT, | :<br>: |
| Plaintiffs, | : |
| v. | : |
| UNITED STATES OF AMERICA, DEPARTMENT OF THE AIR FORCE and COLONEL CHARLES H. WILCOX II, | :<br>:<br>: |
| Defendants. | : |

## ORDER

The Second Motion For Extension Of Time To File Supplemental Briefs [doc. #29], dated March 23, 2004 is hereby **GRANTED**. The parties shall file their supplemental briefs on or before **April 23, 2004**. **Parties should not anticipate any further extensions of time for the filing of supplemental briefs.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
            U.S.D.J.

Dated at New Haven, Connecticut: March 24, 2004.