FILED

2004 APR 19 P 4: 53

U. DISTRICT C...
NEW HAVEN, C...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEVIN MURPHY, Administrator, et al.,   :

   Plaintiffs,   :

V.   :   CASE NO. 3:30CV500 (MRK)

United States of America, et al.,   :

   Defendants.   :   April 19, 2004

### PLAINTIFF'S REQUEST FOR ADVANCE PERMISSION TO FILE A DOCUMENT UNDER SEAL

The Plaintiffs, through undersigned counsel, request permission to file a document under seal, pursuant to L. Civ.Rule 5(d)(1). The document requested to be sealed is a one-page document containing the information requested by the Court about several Military Claims Act settlements reached for some Kreindler & Kreindler clients, where these clients were the fellow

passengers of the present Plaintiffs' decedents.

THE PLAINTIFFS

By _____
Richard A. Bieder
Federal Bar No. ct04208
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Tel: 203-336-4421
Fax: 203-368-3244

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 19th day of April, 2004, to all counsel as follows:

Lauren M. Nash
U.S. Attorneys Office
157 Church Street
P.O. Box 1824
23rd Floor
New Haven, CT 06510

Justin T. Green
Kreindler & Kreindler
100 Park Avenue
New York, New York 10017
(212) 687-8181

_____
Richard A. Bieder