UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN MURPHY, Administrator, et al., | : | |
| Plaintiffs, | : | |
| V. | : | CASE NO. 3:03CV500 (MRK) |
| United States of America, et al., | : | |
| Defendants. | : | April 23, 2004 |

## **PLAINTIFFS' MOTION FOR PERMISSION TO FILE UNDER SEAL**

Pursuant to Local Civil Rule 5(d)(1), the Plaintiffs move the Court to file the attached document under seal, as page l of the Appendix to the Plaintiffs' Supplemental Memorandum in Opposition to the Defendant's Motion to Dismiss.

**WHEREFORE**, the Plaintiffs respectfully request the Court to grant the relief requested herein.

                PLAINTIFFS
                Respectfully submitted,

                _____
                Richard A. Bieder
                Koskoff, Koskoff & Bieder, P.C.
                350 Fairfield Avenue, 5th Floor
                Bridgeport, CT  06604
                Tel. (203) 336-4421
                Fax (203) 368-3244
                Federal Bar No:  CT 04208

## CERTIFICATION

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 23rd day of April, 2004, to all counsel as follows:

Lauren M. Nash  
U.S. Attorneys Office  
157 Church Street  
P.O. Box 1824  
23rd Floor  
New Haven, CT  06510

Justin T. Green  
Kreindler & Kreindler  
100 Park Avenue  
New York, New York 10017  
(212) 687-8181

                                                                                 _____  
                                                                                  Richard A. Bieder