**FOR PDF FORMAT APPENDIX**

**This page corresponds to the document to be submitted under seal as Page A1 upon the court's granting of plaintiffs' motion for permission to file under seal**

**A1**