|  |  |  | Calendar No. 1006 |
|---|---|---|---|
| 92d Congress | } | SENATE | { Report |
| 2nd Session | } |  | { No. 92-1056 |

AMENDMENT OF SECTION 2735 OF TITLE 10, UNITED STATES CODE, TO PROVIDE FOR THE FINALITY OF SETTLEMENT EFFECTED UNDER SECTION 2733, 2734, 2734a, 2734b, OR 2737

August 16, 1972.---Ordered to be printed

Mr. Eastland, from the Committee on the Judiciary, submitted the following

# R E P O R T

[To accompany H.R. 5814]

The Committee on the Judiciary, to which was referred the bill (H.R. 5814), to amend section 2735 of title 10, United States Code, to provide for the finality of settlement effected under sections 2733, 2734, 2734a, 2734b, or 2737, having considered the same, reports favorably thereon, without amendment, and recommends that the bill do pass.

## Purpose

The purpose of the proposed legislation is to amend section 2735 of title 10, United States Code, concerning finality and conclusiveness of military claims settlements, by adding references to sections 2734a, 2734b, and 2737 of that title. A reference to repealed section 2732 would be deleted from section 2735.

## Statement

A similar bill was passed by the House of Representatives in the 91st Congress but came to the Senate too late in the second session for action.

83-010-0

A3

2

In its favorable report on the bill, the Committee on the Judiciary of the House of Representatives said:

> The bill H.R. 5814 was introduced in accordance with the recommendations of an executive communication from the Air Force in behalf of the Department of Defense which recommends its enactment.
>
> The present provisions of section provide for finality of settlement for property and personal injury claims under sections 2733 and 2734 of title 10. Section 2735 was included in its present form as a part of chapter 163 of codified title 10 when it was enacted into law on August 10, 1956. Since that time section 2732 was repealed, but the section still carries a reference to the repealed section. In addition, the three new sections 2734a, 2734b, and 2737 have been added to chapter 163. This bill will bring the section up to date by deleting the repealed section and by adding references to the three subsequently enacted sections.
>
> In the second session of the 91st Congress, a similar bill, H.R. 17695, was the subject of a subcommittee hearing on May 27, 1970, and the testimony at that hearing established that the same reasons for providing finality to settlements under the sections now referred to in section 2735 also apply to finality of settlements under the three other sections as is provided for in this bill. In fact, it appears that the purpose of section 2735, which is clearly to provide for finality of settlement in military claims matters, requires such an amendment.
>
> In connection with this amendment, it is pertinent to note that similar finality of settlement statutes are applicable to claims settled under the provisions of the Federal Tort Claims provisions in title 28 (28 U.S.C. 2672), as well as admiralty claims involving the military departments (10 U.S.C. 4806, 2672(d), 7623(d), and 3806). Finality of settlements under section 715 of title 32 of the United States Code concerning claims generated by National Guard activities is provided for by subsection (g) of that section. It is therefore clear that the amendments provided for in this bill are consistent with the pattern and provisions for finality presently contained in other claims statutes.
>
> Section 2733 which is now referred to in section 2735 is known as the Military Claims Act and the other section referred to is section 2734 which is known as the Foreign Claims Act. These two sections provide authority for the settlement of property damage and personal injury claims resulting from the noncombat activity of the Armed Forces. The other sections referred to in the bill H.R. 5814 similarly relate to claims settlement. Section 2734a concerns settlements of claims under international agreements. Section 2734b concerns settlements of claims under international agreements in the United States. Section 2737 provides authority for the settlement of claims for property loss, personal injury or death not cognizable under other law. In the communication of the Air

3

Force it is noted that with respect to section 2734a the finality of settlement provision will not have the effect of precluding reimbursement as required by an international agreement where a claim is reconsidered by a foreign government and an additional payment is made in accordance with the law of the country involved.

At the hearing on the bill on May 27, 1970, the members of the subcommittee were assured that the actions of personnel will continue to be subject to supervision and examination. It should be added that the testimony at that hearing restated the facts given the subcommittee at a hearing on January 31, 1968, on a similar bill, H.R. 202, which was favorably reported and passed by the House during the 90th Congress. The effect of the provision as to finality is merely to provide that a final settlement is final in the full sense of the word and will not be subject to reopening as to that specific claim. This does not prevent an appeal of the decision to higher authority as provided in the law nor would it preclude the settlement authority who made the decision from reconsidering its action. The witness at the earlier hearing stated that the rules of the General Accounting Office permit such reconsideration in accordance with the criteria set forth in its rules. It is also pertinent to note that the bill's provisions do not bar the General Accounting Office from reviewing the records of any department with respect to the handling of finances including general practices and procedures with reference to claims settlement. In this connection it should be noted that the Comptroller General in a report to the committee on H.R. 17695 stated that the General Accounting Office would have no objections to extending finality to settlements made under the additional sections as provided for in the bill. The Comptroller General also noted that the experience of the military departments under the present provisions of section 2735 demonstrated the practicality of statutory provision for final and conclusive settlements. This letter is included at the end of this report.

The amendments provided for in this bill will result in no additional cost for the executive communication expressly notes that the proposal has no budgetary implications.

The committee finds that there is a clear precedent for the amendments proposed in this bill and that the amendments will correct omissions from the section involved. Accordingly it is recommended that the bill be considered favorably.

The committee believes the bill is meritorious and recommends it favorably.

Attached and made a part of this report are (1) a departmental recommendation dated March 4, 1971, addressed to the Hon. Carl Albert, Speaker of the House of Representatives, and (2) a letter dated June 29, 1970, from the Comptroller General of the United States, addressed to Hon. Emanuel Celler, chairman of the Committee on the Judiciary of the House of Representatives, in regard to the similar bill in the 91st Congress.

A5