## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN MURPHY, Administrator, et al., | : | |
| Plaintiffs, | : | |
| V. | : | CASE NO. 3:30CV500 (MRK) |
| United States of America, et al., | : | |
| Defendants. | : | April 23, 2004 |

## INDEX TO APPENDIX OF EXHIBITS TO
## PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO
## DEFENDANT'S MOTION TO DISMISS

| | |
|---|---|
| Kreindler & Kreindler Settlements for Croatia Clients (filed under seal) | A1 |
| New York Times Article "Confronting Rape" dated March 12, 2004 | A2 |
| Calendar No. 1006, Senate Report No. 92-1056, "Amendment of Section 2735 of Title 10, United States Code, To Provide for the Finality of Settlement Effected Under Section 2733, 2734, 2734a, 2734b, Or 2737" (typed version) | A3-A5 |
| Calendar No. 1006, Senate Report No. 92-1056, "Amendment of Section 2735 of Title 10, United States Code, To Provide for the Finality of Settlement Effected Under Section 2733, 2734, 2734a, 2734b, Or 2737" (photostatic version) | A6-A8 |
| Calendar No. 1358, Senate Report No. 1423, "Military Personnel and Civilian Employees' Claims Act of 1964" | A9-A11 |