## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN MURPHY, Administrator of the Estate of LAWRENCE MARTIN PAYNE, BARBARA GOREN and MICHAEL PAYNE, | : <br> : <br> : <br> :    No. 3:03CV500 (MRK) |
| DARRELL W. DARLING and KAREN A. DARLING, Individually and as Co-Personal Representatives of the Estate of ADAM NOEL DARLING, deceased, | : |
| KEVIN MURPHY, Administrator of the Estate of GAIL E. DOBERT, | : |
| Plaintiffs, | : |
| v. | : |
| UNITED STATES OF AMERICA, DEPARTMENT OF THE AIR FORCE and COLONEL CHARLES H. WILCOX II, | : |
| Defendants. | : |

### **ORDER**

For good cause shown, Plaintiffs' Request For Advance Permission To File A Document Under Seal [doc. #31], dated April 19, 2004, is hereby GRANTED, and Plaintiffs have permission to file a document under seal.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
           U.S.D.J.

Dated at New Haven, Connecticut: April 26, 2004.