## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

KEVIN MURPHY, Administrator of the : \
Estate of LAWRENCE MARTIN PAYNE, : \
BARBARA GOREN and MICHAEL : \
PAYNE,                                                  :        No. 3:03CV500 (MRK) \
                                                               : \
DARRELL W. DARLING and KAREN A. : \
DARLING, Individually and as Co-Personal : \
Representatives of the Estate of ADAM : \
NOEL DARLING, deceased,                     : \
                                                               : \
KEVIN MURPHY, Administrator of the : \
Estate of GAIL E. DOBERT,                      : \
                                                               : \
                     Plaintiffs,                           : \
                                                               : \
v.                                                             : \
                                                               : \
UNITED STATES OF AMERICA, : \
DEPARTMENT OF THE AIR FORCE and : \
COLONEL CHARLES H. WILCOX II, : \
                                                               : \
                     Defendants.                        :

## JUDGMENT

This action came on for consideration on defendants' Motion to Dismiss before the

Honorable Mark R. Kravitz, United States District Judge. On September 24, 2004,  a

Memorandum of Decision entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the

defendants and the complaint is dismissed.

Dated at New Haven, Connecticut, this 27th day of September, 2004.

KEVIN F. ROWE, CLERK

By /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____