**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**KEVIN MURPHY, Administrator, et al.,  :**

**V.                                      :   CASE NO. 3:30CV500 (MRK)**

**UNITED STATES OF AMERICA, et al.,  :**

**INDEX TO THE RECORD ON APPEAL**

| Date Filed | Court Document No. | Document Name | Document No. |
|---|---|---|---|
| 03/20/2003 | 1 | Complaint | 1 |
| 08/04/2003 | 10 | Motion by USA to Dismiss | 2 |
| 03/12/2004 | 28 | Transcript of Proceedings held On 2/5/04 before Judge Mark R. Kravitz | 3 |
| 04/19/2004 | 31 | Motion to Seal | 4 |
| 04/26/2004 | 35 | Order granting Motion to Seal | 5 |
| 09/24/2004 | 39 | Memorandum of Decision Granting Motion to Dismiss | 6 |
| 09/27/2004 | 40 | Judgment in favor of defendants | 7 |