**MANDATE**

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

District of Connecticut
(New Haven)
03-CV-500
J. Kravitz

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 19th day of October, two thousand and five.

Before:   Hon. Jon O. Newman,
          Hon. Reena Raggi,
                    *Circuit Judges**

*[SEAL: UNITED STATES COURT OF APPEALS FILED OCT 19 2005 Roseann B. MacKechnie, Clerk SECOND CIRCUIT]*

Docket No. 04-6265-cv

---

KEVIN MURPHY, administrator of the Estate of
Lawrence Martin Payne, ET AL.,

                    *Plaintiffs-Appellants,*
v.

UNITED STATES OF AMERICA, ET AL.,

                    *Defendants-Appellees,*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

_____
Tracy W. Young
Motions Staff Attorney

---

* Honorable Thomas J. Meskill recused himself shortly prior to oral argument, therefore, the case is being decided by the remaining two judges. See 2d Cir. R. § 0.14 (b) (interim rule).

-Mandate: Issued on 1/25/06-